MICHAEL S. CHAMBERLIN (SBN 175427)
CANDACE S. BERTOLDI ( SBN 254725)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone:	(213) 892-9200
Facsimile:	(213) 892-9494

Attorneys for Defendant
TESORO REFINING AND MARKETING COMPANY, BRUCE SMITH, DAN PORTER, WILLIAM BODNAR, BILL REITZEL, DANIEL CARLSON, TAMMY MEAMBER, AND DIANE DANIELS

W. Daniel Boone (SBN 46553)
**WEINBERG, ROGER & ROSENFELD**
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
Telephone:	(510) 337-1001
Facsimile:	(510) 337-1023

Attorneys for Defendant
UNITED STEELWORKERS INTERNATIONAL UNION LOCAL 5, JEFF CLARK, AND STEVE ROJEK

Shanan L. Hewitt
**MORENA & RIVERA LLP**
1451 River Park Drive, Suite 145
Sacramento, CA 95815
Telephone:	(916) 922-1200
Facsimile:	(916) 922-1301

Attorneys for Plaintiff
GEORGE L. KIRBYSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE L. KIRBYSON, | CASE NO.: C-09-03990-SC |
| Plaintiff, | **JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| TESORO CORPORATION D.B.A TESORO REFINING AND MARKETING COMPANY, et al., | [N.D. CAL. CIVIL L.R. 6-1(A)] |
| Defendants. | Courtroom 1, 17th Floor  Honorable Judge Samuel Conti |
| | Complaint Filed: August 28, 2009  Trial Date: None Set |

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
C-09-03990-SC

85350702.1

1

Pursuant to Local Rule 6.1(a), the parties hereby stipulate to an extension of time for Defendants Tesoro Refining and Marketing Company, Bruce Smith, Dan Porter, William Bodnar, Bill Reitzel, Daniel Carlson, Tammy Meamber, Diane Daniels, United Steelworkers International Union Local 5, Jeff Clark, and Steve Rojek (collectively "Defendants") to respond to Plaintiff George L. Kirbyson's ("Plaintiff") First Amended Complaint as follows:

WHEREAS, on August 28, 2009, Plaintiff filed his civil Complaint in this action;

WHEREAS, the parties previously stipulated and agreed that Defendants' response to Plaintiff's Complaint would be due no later than November 20, 2009;

WHEREAS, Plaintiff has indicated that he intends to file a First Amended Complaint in this action prior to the Initial Case Management Conference scheduled for December 4, 2009;

WHEREAS, the parties have stipulated and agreed that Defendants shall not respond to the original Complaint filed in this action, but shall instead respond only to Plaintiff's First Amended Complaint once it is filed;

WHEREAS, the parties have stipulated and agreed that Defendants' response will be filed no later than December 11, 2009;

WHEREAS, the extension of time for Defendants to respond does not alter the date of any event or any deadline already fixed by Court order. *See* LCvR 6-1(a).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Defendants shall respond to Plaintiff's First Amended Complaint on or before December 11, 2009.

SO STIPULATED:

| | |
|---|---|
| Dated: November 23, 2009 | Michael S. Chamberlin<br>Candace S. Bertoldi<br>FULBRIGHT & JAWORSKI L.L.P.<br><br>By  */s/ Candace S. Bertoldi*<br>      Candace S. Bertoldi<br>Attorneys for Defendant Tesoro Refining and Marketing Company, Bruce Smith, Dan Porter, William Bodnar, Bill Reitzel, Daniel Carlson, Tammy Meamber, and Diane Daniels |

|   |   |
|---|---|
| Dated: November 23, 2009 | Daniel Boone<br>WEINBERG, ROGER & ROSENFELD<br><br>By: /s/ W. Daniel Boone<br>W. Daniel Boone<br>Attorneys for Defendant<br>United Steelworkers International Union Local 5, Jeff Clark, and Steve Rojek |
| Dated: November 23, 2009 | Shanan L. Hewitt<br>MORENA & RIVERA LLP<br><br>By: /s/ Shanan L. Hewitt<br>Shanan L. Hewitt<br>Attorneys for Plaintiff George L. Kirbyson |

I, Candace S. Bertoldi, am the ECF User whose ID and password are being used to file this joint Stipulation. In compliance with General Order 45, X.B., I hereby attest, through my signature above, that W. Daniel Boone and Shanan Hewitt concurred in this filing.

|   |   |
|---|---|
| Dated: November 23, 2009 | Michael S. Chamberlin<br>Candace S. Bertoldi<br>FULBRIGHT & JAWORSKI L.L.P.<br><br>By /s/<br>Candace S. Bertoldi<br>Attorneys for Defendant Tesoro Refining and Marketing Company |

**IT IS SO ORDERED**
/s/ Samuel Conti
Judge Samuel Conti
(United States District Court, Northern District of California seal)