| | |
|---|---|
| 1 | MICHAEL S. CHAMBERLIN (SBN 175427) |
|   | CANDACE S. BERTOLDI ( SBN 254725) |
| 2 | **FULBRIGHT & JAWORSKI L.L.P.** |
|   | 555 South Flower Street, 41st Floor |
| 3 | Los Angeles, California  90071 |
|   | Telephone:     (213) 892-9200 |
| 4 | Facsimile:      (213) 892-9494 |
| 5 | Attorneys for Defendant |
|   | TESORO REFINING AND MARKETING COMPANY, BRUCE |
| 6 | SMITH, DAN PORTER, WILLIAM BODNAR, BILL REITZEL, |
|   | DANIEL CARLSON, TAMMY MEAMBER, AND DIANE |
| 7 | DANIELS |
| 8 | W. Daniel Boone (SBN  46553) |
|   | **WEINBERG, ROGER & ROSENFELD** |
| 9 | 1001 Marina Village Parkway, Suite 200 |
|   | Alameda, CA 94501 |
| 10 | Telephone:    (510) 337-1001 |
|   | Facsimile:     (510) 337-1023 |
| 11 | |
|   | Attorneys for Defendant |
| 12 | UNITED STEELWORKERS INTERNATIONAL UNION LOCAL |
|   | 5, JEFF CLARK, AND STEVE ROJEK |
| 13 | |
|   | Shanan L. Hewitt |
| 14 | **MORENA & RIVERA LLP** |
|   | 1451 River Park Drive, Suite 145 |
| 15 | Sacramento, CA 95815 |
|   | Telephone:    (916) 922-1200 |
| 16 | Facsimile:     (916) 922-1301 |
| 17 | Attorneys for Plaintiff |
|   | GEORGE L. KIRBYSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE L. KIRBYSON, | ) | CASE NO.:  C-09-03990-SC |
|  | ) | |
| Plaintiff, | ) | **JOINT STIPULATION EXTENDING** |
| v. | ) | **TIME FOR DEFENDANTS TO** |
|  | ) | **RESPOND TO PLAINTIFF'S FIRST** |
| TESORO CORPORATION D.B.A TESORO | ) | **AMENDED COMPLAINT** |
| REFINING AND MARKETING COMPANY, et al., | ) | |
|  | ) | [N.D. CAL. CIVIL L.R. 6-1(A)] |
| Defendants. | ) | |
|  | ) | Courtroom 1, 17th Floor |
|  | ) | Honorable Judge Samuel Conti |
|  | ) | |
|  | ) | Complaint Filed: August 28, 2009 |
|  | ) | Trial Date: None Set |

85350702.1  STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT         1
C-09-03990-SC

1    Pursuant to Local Rule 6.1(a), the parties hereby stipulate to an extension of time for
2    Defendants Tesoro Refining and Marketing Company, Bruce Smith, Dan Porter, William Bodnar,
3    Bill Reitzel, Daniel Carlson, Tammy Meamber, Diane Daniels, United Steelworkers International
4    Union Local 5, Jeff Clark, and Steve Rojek (collectively "Defendants") to respond to Plaintiff
5    George L. Kirbyson's ("Plaintiff") First Amended Complaint as follows:

6    WHEREAS, on August 28, 2009, Plaintiff filed his civil Complaint in this action;

7    WHEREAS, the parties previously stipulated and agreed that Defendants' response to
8    Plaintiff's Complaint would be due no later than November 20, 2009;

9    WHEREAS, Plaintiff has indicated that he intends to file a First Amended Complaint in
10   this action prior to the Initial Case Management Conference scheduled for December 4, 2009;

11   WHEREAS, the parties have stipulated and agreed that Defendants shall not respond to
12   the original Complaint filed in this action, but shall instead respond only to Plaintiff's First
13   Amended Complaint once it is filed;

14   WHEREAS, the parties have stipulated and agreed that Defendants' response will be filed
15   no later than December 11, 2009;

16   WHEREAS, the extension of time for Defendants to respond does not alter the date of any
17   event or any deadline already fixed by Court order. *See* LCvR 6-1(a).

18   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

19   1.   Defendants shall respond to Plaintiff's First Amended Complaint on or before
20   December 11, 2009.

21   SO STIPULATED:

| Dated: November 23, 2009 | Michael S. Chamberlin<br>Candace S. Bertoldi<br>FULBRIGHT & JAWORSKI L.L.P.<br><br>By  /s/ Candace S. Bertoldi<br>    Candace S. Bertoldi<br>Attorneys for Defendant Tesoro Refining and Marketing Company, Bruce Smith, Dan Porter, William Bodnar, Bill Reitzel, Daniel Carlson, Tammy Meamber, and Diane Daniels |
|---|---|

85350702.1   STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT          2
             C-09-03990-SC

| | |
|---|---|
| Dated: November 23, 2009 | Daniel Boone<br>WEINBERG, ROGER & ROSENFELD<br><br>By: /s/ W. Daniel Boone<br>W. Daniel Boone<br>Attorneys for Defendant<br>United Steelworkers International Union Local 5, Jeff Clark, and Steve Rojek |
| Dated: November 23, 2009 | Shanan L. Hewitt<br>MORENA & RIVERA LLP<br><br>By: /s/ Shanan L. Hewitt<br>Shanan L. Hewitt<br>Attorneys for Plaintiff George L. Kirbyson |

I, Candace S. Bertoldi, am the ECF User whose ID and password are being used to file this joint Stipulation. In compliance with General Order 45, X.B., I hereby attest, through my signature above, that W. Daniel Boone and Shanan Hewitt concurred in this filing.

| | |
|---|---|
| Dated: November 23, 2009 | Michael S. Chamberlin<br>Candace S. Bertoldi<br>FULBRIGHT & JAWORSKI L.L.P.<br><br>By /s/<br>Candace S. Bertoldi<br>Attorneys for Defendant Tesoro Refining and Marketing Company |



IT IS SO ORDERED
Judge Samuel Conti

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
C-09-03990-SC

85350702.1

3