1  MICHAEL S. CHAMBERLIN (SBN 175427)
   JULIE M. CAPELL (SBN 226662)
2  AMY M. GILLINGER (SBN 240619)
   **FULBRIGHT & JAWORSKI L.L.P.**
3  555 South Flower Street, 41st Floor
   Los Angeles, California 90071
4  Telephone:    (213) 892-9200
   Facsimile:    (213) 892-9494
5
   Attorneys for Defendant
6  TESORO REFINING AND MARKETING COMPANY

7  JESSE M. RIVERA (SBN 84259)
   SHANAN L. HEWITT (SBN 200168)
8  **RIVERA & ASSOCIATES**
   2180 Harvard Street, Suite 310
9  Sacramento, CA 95815
   Telephone:    (916) 922-1200
10 Facsimile:    (916) 922-1303

11 Attorneys for Plaintiff
   GEORGE L. KIRBYSON
12
                      UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

16 GEORGE L. KIRBYSON,                        CASE NO.: C-09-03990-SC

17             Plaintiff,                      **JOINT STIPULATION TO VACATE
                                               PRE-TRIAL CONFERENCE, HEARING
18       v.                                    ON MOTIONS IN LIMINE AND TRIAL
                                               DATE**
19 TESORO CORPORATION D.B.A TESORO
   REFINING AND MARKETING COMPANY,            Courtroom 1, 17th Floor
20 BRUCE SMITH, DAN PORTER, WILLIAM           Honorable Judge Samuel Conti
   BODNAR, BILL REITZEL, DANIEL
21 CARLSON, RICK RIOS, TAMMY MEAMBER,         Complaint Filed: August 28, 2009
   DIANE DANIELS, LARRY ANGEL, UNITED         Pre-Trial Conference: January 13, 2012
22 STEEL WORKERS, INTERNATIONAL UNION         Trial Date: January 23, 2012
   LOCAL 5, JEFF CLARK, STEVE ROJEK, AND
23 DOES 1 THROUGH 200 INCLUSIVE,

24             Defendants.

25

26          TO THE HONORABLE SAMUEL CONTI, DISTRICT COURT JUDGE:

27

28

1    Plaintiff George Kirbyson ("Plaintiff") and Defendant Tesoro Refining and Marketing

2    Company ("Defendant" or "Tesoro"), through their respective counsel of record herein, stipulate

3    and agree to the following:

4        **WHEREAS**, the pre-trial conference in this matter is scheduled on January 13, 2012;

5        **WHEREAS**, the parties' motions in limine are scheduled to be heard on January 13,

6    2012;

7        **WHEREAS**, this matter is scheduled for trial on January 23, 2012;

8        **WHEREAS,** the parties reached a settlement of the above-entitled case, subject to signing

9    of Settlement Agreement and Request for Dismissal, and Plaintiff filed a Notice of Settlement on

10    January 4, 2012;

11        **WHEREAS**, in light of the parties' settlement, the parties request that the Court vacate

12    the pre-trial conference, hearing on the motions in limine, and trial date.

13

14                             **<u>AGREEMENT</u>**

15    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

16        1.   That the pre-trial conference and hearing on the parties' motions in limine,

17             currently scheduled on January 13, 2012, and the trial, currently scheduled on

18             January 23, 2012, be vacated.

19        2.   If a dismissal in this case is not filed within forty-five (45) days of this stipulation,

20             i.e., February 24, 2012, the Court will immediately reinstate this matter on the trial

21             calendar and rule on the parties' motions in limine.

22

23

24

25

26

27

28

1    SO STIPULATED:

2

3    | Dated:  January 11, 2012 | Michael S. Chamberlin |
4    | | Julie M. Capell |
     | | Amy M. Gillinger |
5    | | FULBRIGHT & JAWORSKI L.L.P. |
6    | | |
7    | | By   /s/ Amy M. Gillinger |
     | | Amy M. Gillinger |
8    | | Attorneys for Defendant Tesoro Refining and Marketing Company |
9    | Dated:  January 11, 2012 | Shanan L. Hewitt |
10   | | RIVERA & ASSOCIATES |
11   | | |
     | | By   /s/ Shanan L. Hewitt |
12   | | Shanan L. Hewitt |
     | | Attorneys for Plaintiff George L. Kirbyson |
13

14

15        I, Amy M. Gillinger, am the ECF User whose ID and password are being used to file this

16   joint Stipulation. In compliance with General Order 45, X.B., I hereby attest, through my

17   signature above, that Shanan Hewitt concurred in this filing.

18

19   | | Michael S. Chamberlin |
     | | Amy M. Gillinger |
20   | | FULBRIGHT & JAWORSKI L.L.P. |
21   | Dated:  January 11, 2012 | |
22   | | By   /s/ Amy M. Gillinger |
     | | Amy M. Gillinger |
23   | | Attorneys for Defendant Tesoro Refining and Marketing Company |

24

25

26

27

28

86360717.1

STIPULATION TO VACATE PRE-TRIAL CONFERENCE AND TRIAL DATE
C-09-03990-SC                                                                        3

1   MICHAEL S. CHAMBERLIN (SBN 175427)
    JULIE M. CAPELL (SBN 226662)
2   AMY M. GILLINGER (SBN 240619)
    **FULBRIGHT & JAWORSKI L.L.P.**
3   555 South Flower Street, 41st Floor
    Los Angeles, California 90071
4   Telephone:    (213) 892-9200
    Facsimile:    (213) 892-9494
5
    Attorneys for Defendant
6   TESORO REFINING AND MARKETING COMPANY
7   JESSE M. RIVERA (SBN 84259)
    SHANAN L. HEWITT (SBN 200168)
8   **RIVERA & ASSOCIATES**
    2180 Harvard Street, Suite 310
9   Sacramento, CA 95815
    Telephone:    (916) 922-1200
10  Facsimile:    (916) 922-1303
11  Attorneys for Plaintiff
    GEORGE L. KIRBYSON
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                      SAN FRANCISCO DIVISION
15

16  GEORGE L. KIRBYSON,                    CASE NO.: C-09-03990-SC

17          Plaintiff,                     **[PROPOSED] ORDER VACATING PRE-
                                           TRIAL CONFERENCE, HEARING ON
18       v.                                MOTIONS IN LIMINE AND TRIAL
                                           DATE**
19  TESORO CORPORATION D.B.A TESORO
    REFINING AND MARKETING COMPANY,        Courtroom 1, 17th Floor
20  BRUCE SMITH, DAN PORTER, WILLIAM       Honorable Judge Samuel Conti
    BODNAR, BILL REITZEL, DANIEL
21  CARLSON, RICK RIOS, TAMMY MEAMBER,     Complaint Filed: August 28, 2009
    DIANE DANIELS, LARRY ANGEL, UNITED     Pre-Trial Conference: January 13, 2012
22  STEEL WORKERS, INTERNATIONAL UNION     Trial Date: January 23, 2012
    LOCAL 5, JEFF CLARK, STEVE ROJEK, AND
23  DOES 1 THROUGH 200 INCLUSIVE,
24
            Defendants.
25
26
27
28

DOCUMENT PREPARED
ON RECYCLED PAPER

The Court, having reviewed the Joint Stipulation submitted by the parties, and good cause appearing therefor, hereby grants the parties' Joint Stipulation as follows:

1.  The pre-trial conference and hearing on the parties' motions in limine, currently scheduled on January 13, 2012, and the trial, currently scheduled on January 23, 2012, shall be vacated.

2.  If a dismissal in this case is not filed within forty-five (45) days of this stipulation, i.e., February 24, 2012, the Court will immediately reinstate this matter on the trial calendar and rule on the parties' motions in limine.

**IT IS SO ORDERED.**

Dated: _____1/12_____, 2012     The H_____Conti
                                    U.S. Di_____



DOCUMENT PREPARED
ON RECYCLED PAPER