1 | MICHAEL S. CHAMBERLIN (SBN 175427)
JULIE M. CAPELL (SBN 226662)
2 | AMY M. GILLINGER (SBN 240619)
**FULBRIGHT & JAWORSKI L.L.P.**
3 | 555 South Flower Street, 41st Floor
Los Angeles, California 90071
4 | Telephone:    (213) 892-9200
Facsimile:     (213) 892-9494
5
Attorneys for Defendant
6 | TESORO REFINING AND MARKETING COMPANY

7 | JESSE M. RIVERA (SBN 84259)
SHANAN L. HEWITT (SBN 200168)
8 | **RIVERA & ASSOCIATES**
2180 Harvard Street, Suite 310
9 | Sacramento, CA 95815
Telephone:    (916) 922-1200
10 | Facsimile:     (916) 922-1303

11 | Attorneys for Plaintiff
GEORGE L. KIRBYSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE L. KIRBYSON, | CASE NO.: C-09-03990-SC |
| Plaintiff, | **JOINT STIPULATION TO VACATE PRE-TRIAL CONFERENCE, HEARING ON MOTIONS IN LIMINE AND TRIAL DATE** |
| v. | |
| TESORO CORPORATION D.B.A TESORO REFINING AND MARKETING COMPANY, BRUCE SMITH, DAN PORTER, WILLIAM BODNAR, BILL REITZEL, DANIEL CARLSON, RICK RIOS, TAMMY MEAMBER, DIANE DANIELS, LARRY ANGEL, UNITED STEEL WORKERS, INTERNATIONAL UNION LOCAL 5, JEFF CLARK, STEVE ROJEK, AND DOES 1 THROUGH 200 INCLUSIVE, | Courtroom 1, 17th Floor
Honorable Judge Samuel Conti

Complaint Filed: August 28, 2009
Pre-Trial Conference: January 13, 2012
Trial Date: January 23, 2012 |
| Defendants. | |

TO THE HONORABLE SAMUEL CONTI, DISTRICT COURT JUDGE:

Plaintiff George Kirbyson ("Plaintiff") and Defendant Tesoro Refining and Marketing Company ("Defendant" or "Tesoro"), through their respective counsel of record herein, stipulate and agree to the following:

**WHEREAS**, the pre-trial conference in this matter is scheduled on January 13, 2012;

**WHEREAS**, the parties' motions in limine are scheduled to be heard on January 13, 2012;

**WHEREAS**, this matter is scheduled for trial on January 23, 2012;

**WHEREAS**, the parties reached a settlement of the above-entitled case, subject to signing of Settlement Agreement and Request for Dismissal, and Plaintiff filed a Notice of Settlement on January 4, 2012;

**WHEREAS**, in light of the parties' settlement, the parties request that the Court vacate the pre-trial conference, hearing on the motions in limine, and trial date.

## AGREEMENT

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. That the pre-trial conference and hearing on the parties' motions in limine, currently scheduled on January 13, 2012, and the trial, currently scheduled on January 23, 2012, be vacated.

2. If a dismissal in this case is not filed within forty-five (45) days of this stipulation, i.e., February 24, 2012, the Court will immediately reinstate this matter on the trial calendar and rule on the parties' motions in limine.

1  SO STIPULATED:

| Dated: January 11, 2012 | Michael S. Chamberlin<br>Julie M. Capell<br>Amy M. Gillinger<br>FULBRIGHT & JAWORSKI L.L.P.<br><br>By  /s/ Amy M. Gillinger<br>　　　Amy M. Gillinger<br>　　　Attorneys for Defendant Tesoro Refining and<br>　　　Marketing Company |
|---|---|
| Dated: January 11, 2012 | Shanan L. Hewitt<br>RIVERA & ASSOCIATES<br><br>By  /s/ Shanan L. Hewitt<br>　　　Shanan L. Hewitt<br>　　　Attorneys for Plaintiff George L. Kirbyson |

I, Amy M. Gillinger, am the ECF User whose ID and password are being used to file this joint Stipulation. In compliance with General Order 45, X.B., I hereby attest, through my signature above, that Shanan Hewitt concurred in this filing.

| Dated: January 11, 2012 | Michael S. Chamberlin<br>Amy M. Gillinger<br>FULBRIGHT & JAWORSKI L.L.P.<br><br>By  /s/ Amy M. Gillinger<br>　　　Amy M. Gillinger<br>　　　Attorneys for Defendant Tesoro Refining and<br>　　　Marketing Company |
|---|---|

MICHAEL S. CHAMBERLIN (SBN 175427)
JULIE M. CAPELL (SBN 226662)
AMY M. GILLINGER (SBN 240619)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone:    (213) 892-9200
Facsimile:    (213) 892-9494

Attorneys for Defendant
TESORO REFINING AND MARKETING COMPANY

JESSE M. RIVERA (SBN 84259)
SHANAN L. HEWITT (SBN 200168)
**RIVERA & ASSOCIATES**
2180 Harvard Street, Suite 310
Sacramento, CA 95815
Telephone:    (916) 922-1200
Facsimile:    (916) 922-1303

Attorneys for Plaintiff
GEORGE L. KIRBYSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE L. KIRBYSON,<br><br>        Plaintiff,<br>    v.<br><br>TESORO CORPORATION D.B.A TESORO REFINING AND MARKETING COMPANY, BRUCE SMITH, DAN PORTER, WILLIAM BODNAR, BILL REITZEL, DANIEL CARLSON, RICK RIOS, TAMMY MEAMBER, DIANE DANIELS, LARRY ANGEL, UNITED STEEL WORKERS, INTERNATIONAL UNION LOCAL 5, JEFF CLARK, STEVE ROJEK, AND DOES 1 THROUGH 200 INCLUSIVE,<br><br>        Defendants. | CASE NO.: C-09-03990-SC<br><br>[PROPOSED] ORDER VACATING PRE-TRIAL CONFERENCE, HEARING ON MOTIONS IN LIMINE AND TRIAL DATE<br><br>Courtroom 1, 17th Floor<br>Honorable Judge Samuel Conti<br><br>Complaint Filed: August 28, 2009<br>Pre-Trial Conference: January 13, 2012<br>Trial Date: January 23, 2012 |

The Court, having reviewed the Joint Stipulation submitted by the parties, and good cause appearing therefor, hereby grants the parties' Joint Stipulation as follows:

1. The pre-trial conference and hearing on the parties' motions in limine, currently scheduled on January 13, 2012, and the trial, currently scheduled on January 23, 2012, shall be vacated.

2. If a dismissal in this case is not filed within forty-five (45) days of this stipulation, i.e., February 24, 2012, the Court will immediately reinstate this matter on the trial calendar and rule on the parties' motions in limine.

**IT IS SO ORDERED.**

Dated: _____1/12_____, 2012    The Honorable Samuel Conti
U.S. District Judge

