1 | JESSE M. RIVERA (SBN 84259)
SHANAN L. HEWITT (SBN 200168)
2 | **RIVERA & ASSOCIATES**
2180 Harvard Street, Suite 310
3 | Sacramento, CA 95815
Telephone:   (916) 922-1200
4 | Facsimile:    (916) 922-1303

5 | Attorneys for Plaintiff
GEORGE L. KIRBYSON
6 |
MICHAEL S. CHAMBERLIN (SBN 175427)
7 | JULIE M. CAPELL (SBN 226662)
AMY M. GILLINGER (SBN 240619)
8 | **FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
9 | Los Angeles, California  90071
Telephone:   (213) 892-9200
10 | Facsimile:    (213) 892-9494

11 | Attorneys for Defendant
TESORO REFINING AND MARKETING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GEORGE L. KIRBYSON, | CASE NO.:  C-09-03990-SC |
|---|---|
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]** |
| v. | |
| TESORO CORPORATION D.B.A TESORO REFINING AND MARKETING COMPANY, BRUCE SMITH, DAN PORTER, WILLIAM BODNAR, BILL REITZEL, DANIEL CARLSON, RICK RIOS, TAMMY MEAMBER, DIANE DANIELS, LARRY ANGEL, UNITED STEEL WORKERS, INTERNATIONAL UNION LOCAL 5, JEFF CLARK, STEVE ROJEK, AND DOES 1 THROUGH 200 INCLUSIVE, | Courtroom 1, 17th Floor
Honorable Judge Samuel Conti |
| Defendants. | |

86454581.1

STIPULATION OF DISMISSAL
C-09-03990-SC

1

1  TO THE HONORABLE SAMUEL CONTI, DISTRICT COURT JUDGE:

2  It is hereby stipulated by and between Plaintiff George Kirbyson ("Plaintiff") and Defendant Tesoro Refining and Marketing Company ("Defendant" or "Tesoro"), through their respective counsel of record herein, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

SO STIPULATED:

| Dated: March 28, 2012 | Michael S. Chamberlin<br>Julie M. Capell<br>Amy M. Gillinger<br>FULBRIGHT & JAWORSKI L.L.P.<br><br>By __/s/ Amy M. Gillinger__<br>    Amy M. Gillinger<br>    Attorneys for Defendant Tesoro Refining and Marketing Company |
|---|---|
| Dated: March 28, 2012 | Jesse M. Rivera<br>Shanan L. Hewitt<br>RIVERA & ASSOCIATES<br><br>By __/s/ Jesse M. Rivera__<br>    Jesse M. Rivera<br>    Attorneys for Plaintiff George L. Kirbyson |

IT IS SO ORDERED
Judge Samuel Conti
3/29/12

I, Amy M. Gillinger, am the ECF User whose ID and password are being used to file this joint Stipulation. In compliance with General Order 45, X.B., I hereby attest, through my signature above, that Jesse M. Rivera concurred in this filing.

| Dated: March 28, 2012 | Michael S. Chamberlin<br>Amy M. Gillinger<br>FULBRIGHT & JAWORSKI L.L.P.<br><br>By __/s/ Amy M. Gillinger__<br>    Amy M. Gillinger<br>    Attorneys for Defendant Tesoro Refining and Marketing Company |
|---|---|